# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY TRAN, | Case No. 1:15-cv-01591-LJO-BAM (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE |
| v. | |
| D. DAVEY, | |
| Defendant. | (ECF No. 9) |
| | **TWENTY (20) DAY DEADLINE** |

Plaintiff Tony Tran ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on October 19, 2015. (ECF No. 1.)

On December 2, 2016, the Court issued a screening order dismissing Plaintiff's first amended complaint with leave to amend within thirty (30) days. (ECF No. 9.) The Court expressly warned Plaintiff that the failure to file an amended complaint in compliance with the Court's order would result in this action being dismissed, with prejudice, for failure to state a claim and failure to obey a court order. (*Id.*, p. 6.) The deadline for Plaintiff to file an amended complaint has expired, and he has not complied with or otherwise responded to the Court's order.

Accordingly, the Court HEREBY ORDERS that Plaintiff shall show cause in writing, within **twenty (20) days** of service of this order, why this action should not be dismissed for

Plaintiff's failure to comply with the Court's December 2, 2016 order, for failure to state a claim, and for failure to prosecute. Plaintiff can comply with this order to show cause by filing an amended complaint. **The failure to respond to this order will result in the dismissal of this action, with prejudice, for failure to state a claim, failure to obey a court order, and failure to prosecute.**

IT IS SO ORDERED.

Dated:   **January 11, 2017**         /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE